IN THE MATTER OF THE APPEAL OF HARRY A. STARK FROM HIS SUSPENSION ON NOVEMBER 13th, 1935, AND SUBSEQUENT DISMISSAL ON NOVEMBER 26th, 1935, FROM THE POSITION OF ENGINEMAN IN THE WATER DIVISION OF THE DEPARTMENT OF PUBLIC WORKS, CAMDEN, NEW JERSEY, EFFECTIVE NOVEMBER 26th, 1935.

Decided March 6, 1936.

For the prosecutor, *E. G. C. Bleakly.*

For the respondent, *N. Thomas Smaldore.*

LLOYD, J.  In the matter of the application of the city of Camden for a writ of *certiorari* to review the action of the civil service commission in setting aside the dismissal of one Harry A. Stark by the city commissioners of the city of Camden, New Jersey, I have examined the testimony taken and think the proofs so clearly justify the action of the civil service commission that the application for writ of *certiorari* to review such action should be refused.

It is accordingly denied.